B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Maryland, Greenbelt Division

In re  Bienvenido Santiago Nicolas  
      Debtor(s)

Case No.  
Chapter  13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ....................................................... $  6,000.00  
   Prior to the filing of this statement I have received ....................................... $  1,599.00  
   Balance Due ........................................................................................................ $  4,401.00

2. $ 313.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:  
   ☒ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:  
   ☒ Debtor    ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      All services, except those identified i paragraph 7 below, that are reasonably contemplated to achieve the debtor's bankruptcy objectices including but not limited to:

      (1) File the certificate required from the debtor(s) from an approved nonprofit budget and credit counseling agency for prepetition credit counseling;
      (2) Preparation and iling of all locally required forms;
      (3) Representation of the debtor at the Meeting of Creditors;
      (4) Amend any list, schedule, statement, and/or other document required to be filed with the petition as may be necessary and appropriate;
      (5) Motions under ? 522(f) to avoid liens on exempt property;
      (6) Advise the debtor with respect to any reaffirmation agreement; prepare and file reaffirmation agreement(s) if in the best interest in the debtor; and attend all hearings scheduled on any reaffirmation agreement(s) signed by the debtor;
      (7) removal of garnishments or wage assignments;
      (8) Compile and forward to the trsutee and the United States Trustee any documents and information requested;
      (9) Consult with the debtor and if there is a valid defense or explanation, respond to a motion for relief from the automatic stay;
      (10) File the debtor's certificate of completion of instructions course concerning financial management (Official Form 423); and
      (11) Disclose any agreement and fee arrangement regarding the potential retention of co-counsel.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:  
   Representation of the debtor in any adversary proceeding or dischargeability action, which the firm agrees to provide for an additional attorney fee if the debtor engages the firm to do so. In the event an adversary proceeding or dischargeablity action is initiate by or against the debtor, my firm will represent the debtor in connection with the matter until such time that (i) the debtor informs me that he/she does not wish to litigate the matter, does not wish to be represented by my firm in the matter, or wishes to retain other counsel; and (ii) the court grants me leave to withdraw as counsel for the debtor. If the debtor engages my firm for representation in one of the aforementioned proceedings and agrees to pay an additional fee for such services, I will file a Supplemental Disclosure of Compensation disclosing that fee.

In re     Bienvenido Santiago Nicolas                                                    Case No.             
                                        Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| October 18, 2023 | /s/ Timothy Chambers |
| *Date* | Timothy Chambers |
| | *Signature of Attorney* |
| | Pare & Associates, LLC |
| | 20300 Seneca Meadows Pkwy. Suite 210 |
| | Germantown, MD 20876 |
| |   Fax: |
| | timothy@alicelaw.com |
| | *Name of law firm* |